UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ROBIN O'NEILL,                              :
                    Petitioner,             :
                                            :
        v.                                  : Docket No.
                                            : 2:22-CV-140-wks-kjd
                                            :
NICHOLAS DEML, Commissioner,                :
Vermont Department of Corrections,          :
                                            :
                    Respondent.             :


ORDER

    The Report and Recommendation of the United States Magistrate
Judge was filed February 16, 2023.  After careful review of the
file and the Magistrate Judge's Report and Recommendation, no
objections having been filed by any party, this Court ADOPTS the
Magistrate Judge's recommendations in full for the reasons stated
in the Report.

    The Respondent's Limited Motion to Dismiss for Failure to
Exhaust State Court Remedies (Doc. 9) is GRANTED and Petitioner's
§2254 Petition (Doc. 1) is DISMISSED without prejudice.
Petitioner may refile her Petition when her claims have been
exhausted in state court.  In addition, Repondent's Motion for
Extension of Time to Answer (Doc. 9) and Petitioner's Renewed
Motion for Appointment of Counsel (Doc. 12) are DENIED AS MOOT.

Dated at Burlington, in the District of Vermont, this 13th day of March, 2023.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge