```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

ROBIN O'NEILL,                              :
               Petitioner,          :
     v.                                    : Docket No.
                                                          : 2:22-CV-140-wks-kjd
NICHOLAS DEML, Commissioner,                 :
Vermont Department of Corrections,           :
                                                          :
              Respondent.             :

## ORDER

The Court herewith VACATES its Order (ECF No. 15) dated March 13, 2023.  While the Court received Petitioner's objections after the reply period had expired and after the above referred to order was entered on the docket, the Petitioner has brought to the Court's attention the fact that due to a COVID outbreak at the facility where Petitioner is housed, Petitioner was denied access to mail.  As a result, Petitioner's objections were unable to be filed in a timely manner.  In light of the above, the Court accepts Petitioner's objections now filed on March 13, 2023 (ECF No. 16) as timely filed.

Dated at Burlington, in the District of Vermont, this 14th day of March, 2023.

                                            /s/ William K. Sessions III
                                            William K. Sessions III
                                            U.S. District Judge