```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                       DISTRICT OF VERMONT
```

ROBIN O'NEILL,                          :
            Petitioner,           :
                                         :
      v.                          : Docket No.
                                         : 2:22-CV-140-wks-kjd
                                         :
NICHOLAS DEML, Commissioner,            :
Vermont Department of Corrections,      :
                                         :
            Respondent.           :

## ORDER

A certificate of appealability under 28 U.S.C. §2253(c) and Fed. R. App. P. 22(b) is DENIED because Petitioner has failed to make a substantial showing of denial of a federal right, and because her grounds for relief do not present issues that are debatable among jurists of reason, which could have been resolved differently, or which deserve further proceedings. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED at Burlington, in the District of Vermont, this 27th day of June, 2023.

                                                  /s/ William K. Sessions III
                                                  William K. Sessions III
                                                  U.S. District Court Judge